JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, <br><br> Plaintiff, <br><br> v. <br><br> PROPER HOSPITALITY, LLC, <br><br> Defendant. | Case No. CV 16-5953 FMO (KSx) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of December, 2016.

/s/
Fernando M. Olguin
United States District Judge